IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GORAV JINDAL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:10-cv-1142 |
| ) | |
| STANLEY CAPITAL MORTGAGE ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation (Dkt. No. 80) of the Magistrate Judge dated December 20, 2012, recommending that default judgment be entered in favor of the Plaintiffs against Defendant Stanley Capital Mortgage Company, Inc. ("Stanley Capital"). No objections have been filed as of the date of this Order.

The Court conducted a *de novo* review of the record in this case and hereby adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered in favor of Plaintiffs against Defendant Stanley Capital in the amount of $39,552.28 in compensatory damages, $79,084.56 in punitive damages, $4,804.77 in attorney's fees, and $1,038.23 in costs.

It is further ORDERED that the Clerk of Court is directed to enter judgment against Defendant.

January 28, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge